DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ADAMS

No. 116P87.

Case below: 84 N.C. App. 312.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1987.

STATE v. AMANCHUKWA

No. 127P87.

Case below: 84 N.C. App. 567.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987. Temporary stay dissolved and writ of supersedeas denied 2 June 1987.

STATE v. EDWARDS

No. 191P87.

Case below: 84 N.C. App. 702.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

STATE v. FLOWERS

No. 152P87.

Case below: 84 N.C. App. 696.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 June 1987.

STATE v. JENKINS

No. 186P87.

Case below: 83 N.C. App. 616.

Petition by defendants for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1987.